1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    KEVIN C. NICHOLAS, SB #015940
2       Email: Kevin.Nicholas@lewisbrisbois.com
    JERICA L. PETERS, SB #027356
3       Email: Jerica.Peters@lewisbrisbois.com
    Phoenix Plaza Tower II
4   2929 North Central Avenue, Suite 1700
    Phoenix, Arizona 85012-2761
5   Telephone: 602.385.1040
    Facsimile: 602.385.1051
6
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
7   LANN G. McINTYRE, SB# 106067
        Email: Lann.McIntyre@lewisbrisbois.com
8   RITA R. KANNO, SB# 230679 ***(admitted Pro Hac Vice)***
        Email: Rita.Kanno@lewisbrisbois.com
9   550 West C Street, Suite 1700
    San Diego, California 92101
10  Telephone: 619.233.1006
    Facsimile: 619.233.8627
11
    Attorneys for Defendant Kelsar Inc. dba Synergy HomeCare, sued herein as Kelsar, Inc, A
12  Domestic Corporation Doing Business As Synergy Homecare of Paradise Valley

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

15  Timothy Uzzanti, personal representative of the      Case No.
    Estate of James Uzzanti, deceased, on behalf of
16  the Estate of James Uzzanti,                         **DEFENDANT'S NOTICE TO ADVERSE
                                                         PARTY OF REMOVAL OF ACTION TO
17          Plaintiff,                                   FEDERAL COURT PURSUANT TO 28 U.S.C.
                                                         §§ 1331, 1441, 1442 AND 1446**
18  v.

19  Kelsar, Inc, A Domestic Corporation Doing Business
    As Synergy Homecare of Paradise Valley; John Does
20  And Jane Does I-X; ABC Business Entities I-X,

21          Defendants.

22

23

24          **TO PLAINTIFF HEREIN, AND HIS COUNSEL OF RECORD:**

25          **PLEASE TAKE NOTICE** that on January 21, 2022, Defendant Kelsar Inc. dba

26  Synergy HomeCare, sued herein as Kelsar, Inc, A Domestic Corporation Doing Business As Synergy

27  Homecare of Paradise Valley, ("Defendant" and/or "Synergy HomeCare"), filed with the Clerk of the

28  Court of the United States District Court of Arizona, Phoenix Division, a Notice of Removal and



1  supporting pleadings to accomplish the removal of the action pending in the County of Maricopa,

2  entitled *James Uzzanti v. Kelsar, Inc, A Domestic Corporation Doing Business As Synergy Homecare of*

3  *Paradise Valley; John Does And Jane Does I-X; ABC Business Entities I-X,* Maricopa County Superior

4  Court Case No. CV2021-01524, for purposes of the Removal commenced on December 13,

5  2021, upon the filing of an Amended Complaint.

6      A copy of the Notice of Removal to Federal Court and supporting papers have also

7  been filed with the Clerk of the Maricopa County Superior Court, as an attachment to the

8  Notice to State Court of Removal to Federal Court. Plaintiff was served with a copy of the

9  Notice of Removal to Federal Court and supporting papers in conjunction with the Notice to

10  State Court of Removal to Federal Court.

11  DATED:  January 21, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP

12                        By:  */s/ Rita R. Kanno*
                                Kevin C. Nicholas
13                                Jerica L. Peters
                                Lann G. McIntyre
14                                Rita R. Kanno
                                Attorneys for Defendant
15                                Kelsar Inc. dba Synergy HomeCare

16

17

18

19

20

21

22

23

24

25

26

27

28



1

2

**CERTIFICATE OF SERVICE**
*Timothy Uzzanti, et al. v. Synergy Homecare Franchising, LLC, et al.*
USDC-Arizona, Phoenix Division, Case No.

3   STATE OF ARIZONA, COUNTY OF MARICOPA

4

5

6

At the time of service, I was over 18 years of age and not a party to the action. My business address is Phoenix Plaza Tower II, 2929 North Central Avenue, Suite 1700, Phoenix, Arizona 85012-2761. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

7   On January 21, 2022, I served the following document:

8   **DEFENDANT'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441, 1442 AND 1446**

9

10

I served the document on the following persons at the following address (including a fax number and email addresses, if applicable):

| | |
|---|---|
| Lincoln Combs, Esq. <br> Jarred J. McBride, Esq. <br> O'STEEN & HARRISON, PLC <br> 300 W. Clarendon Avenue, Suite 400 <br> Phoenix, AZ  85013-3424 <br> *Attorney for Plaintiff* | Tel:  602.252.8888 <br> Fax: 602.274.1209 <br> Email:  lcombs@vanosteen.com <br>        jmcbride@vanosteen.com |

11

12

13

14

15   The document was served by the following means:

16   ⊠ **(BY COURT'S CM/ECF SYSTEM)** The document was served by CM/ECF (excluding those not registered for CM/ECF who were served by mail or email, if applicable).

17

18

19

20

⊠ **(BY U.S. MAIL)** I enclosed the document in a sealed envelope or package addressed to the persons at the address listed below and placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

21

22

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

23   Dated:  January 21, 2022                    */s/ Monica Duran*
                                            Monica Duran

24

25

26

27

28

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

4866-7038-6954.1

**CERTIFICATE OF SERVICE**